EAST CAROLINA LUMBER COMPANY, INC., v. G. A. WHITFORD, JR., ADMINISTRATOR C.T.A. OF THE ESTATE OF G. A. WHITFORD, DECEASED; SARAH LUCRETIA WHITFORD; G. A. WHITFORD, JR., AND WIFE, LULA IPOCK WHITFORD; VERA WHITFORD TOLER AND HUSBAND, ISIAH W. TOLER; CRAVEN COUNTY, A BODY POLITIC AND CORPORATE; B. W. JONES, TRUSTEE, AND T. D. WARREN, JR., RECEIVER.

(Filed 12 October, 1955.)

APPEAL by defendants from *Bone, J.,* at May Term, 1955, of CRAVEN. Civil action to remove alleged clouds from the title to real estate.

The defendants demurred to the complaint for failure to state facts sufficient to constitute a cause of action. From judgment overruling the demurrers, the defendants appeal.

*B. B. Hollowell, R. E. Whitehurst, W. B. R. Guion, R. A. Nunn, Barden, Stith & McCotter, and Ward & Tucker for Defendants, Appellants.*

*Willcox, Hardee, Houck & Palmer, McClelland & Burney, and Jones, Reed & Griffin for Plaintiff, Appellee.*

PER CURIAM.  The judgment overruling the demurrers will be upheld in this case on authority of what is said in the opinion filed simultane-

ously herewith in *Lumber Co. v. Pamlico County, ante,* 728, which is precisely decisive of the question raised by the instant appeal. Decision here will control the consolidated companion cases referred to in the stipulation appearing in the record.

Affirmed.

WINBORNE, PARKER, and HIGGINS, JJ., took no part in the consideration or decision of this case.